1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099



FILED
AUG 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

SEALED

6  Attorneys for the
   United States of America
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 IN THE MATTER OF THE           )   S.W. 1:12 SW 00200 BAM
   SEARCH OF:                     )
11                                )   **UNDER SEAL**
   Black Apple iPhone 4, Model    )
12 A1332, and White Apple iPhone  )   ORDER SEALING SEARCH WARRANT
   4, Model A1332                 )   AFFIDAVIT
13 _____)
                                  )
14                                )
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )
                                  )
18                                )

19      The United States of America, having applied to this Court, for an
20 Order permitting it to file the search warrant and application and
21 affidavits in the above-entitled proceedings, together with its Application
22 to Seal, Memorandum of Points and Authorities and the accompanying
23 Declaration of Grant B. Rabenn, under seal, and good cause appearing
24 therefor,
25      IT IS HEREBY ORDERED that the search warrant affidavit in the above-
26 entitled proceeding, together with the Application To Seal of the United
27 States Attorney and the accompanying Memorandum of Points and Authorities
28 and Declaration of Grant B. Rabenn, shall be filed with the Court <u>in</u>

camera, under seal and shall not be disclosed pending further order of this court.

DATED: 8/9/12

Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE